IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOLLIS DEVIN MARTZ                                                                      PLAINTIFF

v.                              Civil No. 4:18-cv-04040

SHERIFF BENNY SIMMONS,                                                              DEFENDANT
Sevier County, Arkansas

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion in this case of even date, the Court **GRANTS** summary judgment in favor of Sheriff Simmons.[1]  Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court grants summary judgment *sua sponte* pursuant to Federal Rule of Civil Procedure 56(f)(1). As noted in the Court's Memorandum Opinion, both parties were given notice and an opportunity to respond to the Court's finding that Plaintiff's claims could be resolved on summary judgment.