IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOLLIS DEVIN MARTZ                                                                                  PLAINTIFF

v.                                              Civil No. 4:18-cv-4040

SHERIFF BENNY SIMMONS
                                                                                                    DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Mandatory Settlement Conference. (ECF No. 51). This Court has granted summary judgment in favor of Defendant in this case and Plaintiff's claims were dismissed with prejudice. (ECF No. 43). The grant of summary judgment was affirmed by the Eighth Circuit Court of Appeals. (ECF No. 50). Accordingly, Plaintiff has no pending cause of action to settle with Defendant and thus Plaintiff is not entitled to any settlement conference.

The Court finds that Defendant's Motion (ECF No. 51) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 28th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge